WRIGHT (LENOX v.).   See Case No. 8,249.
WRIGHT (LE ROY v.).   See Case No. 8,273.

---

## Case No. 18,083.

WRIGHT v. McMILLAN. SAME v. HICKEY. SAME v. SMITHPETER. SAME v. GLICK.

[13 O. G. 47.]

Circuit Court, W. D. Missouri.   Nov., 1877.

PATENTS—FARM GATES.

[The Teel reissue, No. 2,667, for an improvement in farm gates, *held* invalid, the evidence failing to show that Teel was the original and first inventor.]

[This was a bill in equity by Ethan B. Wright against Roland McMillan, Lewis Hickey, William Smithpeter, and Henry Glick.]

Suit was brought in all four cases for infringement of letters patent (reissue) No. 2,667, granted to A. C. Teel, July 2. 1867, for "improvement in farm gates." [Original letters patent No. 40,777 were granted December 1, 1863.] In delivering an oral opinion, the judge stated that it did not appear from the evidence that Teel was the first and original inventor of the improvement described and claimed. It was specially ordered that the decree should go no farther than dismissing the bill with costs.

KREKEL, District Judge. This cause came on to be heard at this term, and was argued by counsel; and thereupon, on consideration thereof, it was ordered, adjudged, and decreed that the complainant's bill be dismissed, and that said defendant, Roland McMillan, recover against the complainant, Ethan B. Wright, and Isaac R. Brown, his security, for costs, his costs and charges herein expended, and have thereof execution.